ACCEPTED
14-15-00778-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/16/2015 11:12:38 AM
CHRISTOPHER PRINE
CLERK

Filed: 9/8/2015 2:00:48 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 6826746
By: Shailja Dixit
9/8/2015 2:13:37 PM



FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/16/2015 11:12:38 AM
CHRISTOPHER A. PRINE
Clerk

## CAUSE NO. 13-CV-0293

| | | |
|---|---|---|
| **THE LANDING COMMUNITY IMPROVEMENT ASSOCIATION** | § § § | **IN THE DISTRICT COURT OF** |
| *Plaintiff/Counter-Defendant* | § § | |
| **v.** | § § | **GALVESTON COUNTY,** |
| **PAUL T. YOUNG** | § § § | |
| *Defendant/Counter-Plaintiff/ Third-Party Plaintiff* | § § | **56th JUDICIAL DISTRICT** |
| | § § § § | |

### PLAINTIFF/COUNTER-DEFENDANT THE LANDING COMMUNITY IMPROVEMENT ASSOCIATION'S NOTICE OF APPEAL

Plaintiff/Counter-Defendant The Landing Community Improvement Association files this Notice of Appeal pursuant to Texas Rule of Appellate Procedure 25.1, and in support thereof would respectfully show the Court the following:

1.      This case is pending in the 56th Judicial District Court of Galveston County, Texas, as Cause No. 13-cv-0293 and is styled *The Landing Community Improvement Association v. Paul T. Young.*

2.      After timely filing its Motion to Modify the Judgment or, Alternatively Motion for New Trial, Plaintiff/Counter-Defendant The Landing Community Improvement Association desires to appeal from the Final Judgment signed by the Court on June 18, 2015 in the above-entitled and numbered cause.

3.      This appeal is taken to the First or Fourteenth Court of Appeals in Houston, Texas.

1

14135962v.1

4.    Plaintiff/Counter-Defendant The Landing Community Improvement Association is the party filing this notice.

WHEREFORE, Plaintiff/Counter-Defendant The Landing Community Improvement Association respectfully files this Notice of Appeal, thus perfecting an appeal of the trial court's Final Judgment.

14135962v.1

Respectfully submitted,

JACKSON WALKER L.L.P.


By: */s/ Christopher R. Mugica*
Christopher R. Mugica
State Bar No. 24027554
cmugica@jw.com
Courtney Carlson
State Bar No. 24065004
ccarlson@jw.com
Scott W. Weatherford
State Bar No. 24079554
sweather@jw.com

100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 Facsimile

ATTORNEYS FOR COUNTER
DEFENDANT, THE LANDING
COMMUNITY IMPROVEMENT
ASSOCIATION

AND

TREECE LAW FIRM

By: */s/Michael J. Treece*
Michael J. Treece
State Bar No. 20207300
mike@treecelaw.com
1020 Bay Area Blvd., Ste. 200
Houston, Texas 77058
(281) 667-3100
(281) 667-3101 Facsimile

ATTORNEYS FOR PLAINTIFF, THE
LANDING COMMUNITY
IMPROVEMENT ASSOCIATION

3

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of September 2015, a true and correct copy of the above and foregoing document was served via e-service with a courtesy copy by electronic mail upon:

Christopher L. Johnson
Lyons & Plackemeier, P.L.L.C
518 9th Avenue North
P.O. Drawer 2789
Texas City, Texas 77592-2789
chris@LyonsPlack.com
*Attorneys for Defendant/Counter-Plaintiff and Third-Party Plaintiff Paul T. Young*

Jason P. Scofield
The Sheena Law Firm
2500 West Loop South, Suite 518
Houston, Texas 77027
jason@sheenalawfirm.com
*Attorneys for Defendant/Counter-Plaintiff and Third-Party Plaintiff Paul T. Young*

Ronald M. Hall
Law Office of Ronald M. Hall
2830 Triway Lane
Houston, Texas 77043
rhall@ronhallattorney.com
*Attorneys for Defendant/Counter-Plaintiff and Third-Party Plaintiff Paul T. Young*

Cory S. Reed
Thompson Coe
One Riverway, Suite 1400
Houston, Texas 77056
creed@thompsoncoe.com
*Attorneys for Third-Party Defendants AVR Management Consultants, Inc. and Margaret Eckhardt*

 */s/ Courtney T. Carlson*
Courtney T. Carlson

4

14135962v.1